**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

SCOTT LOFTIS,

*Plaintiff,*

v.

Case No. CV-01172-D

RICHARD ROSE, in his official capacity as
Chairman of the Oklahoma Council on
Judicial Complaints; AGNELA AILLES
BAHM, in her official capacity as Vice
Chairwoman of the Oklahoma Council on
Judicial Complaints, and ZACK TAYLOR,
in his official capacity as a member of the
Oklahoma Council on Judicial Complaints,

*Defendants.*

**PLAINTIFF'S MOTION FOR AN EXPEDITED BRIEFING SCHEDULE**

Plaintiff, Scott Loftis, is running to be a district judge in District 8 in Noble and Kay counties. He challenges three Oklahoma policies dealing with judicial ethics. On May 21, 2026, he filed his motion for a preliminary injunction and brief in support. Plaintiff's Opening Brief in Support of the Motion demonstrates Plaintiff is likely to prevail on the merits of his claims, a preliminary injunction is necessary to prevent irreparable harm to Plaintiff, and that such a preliminary injunction is in the public interest.

Plaintiff requests oral argument and believes it would be helpful to the Court when considering the issues raised by the motion. Under the Local Rules, Defendants' response brief is due within twenty-one days of service of the motion papers, and Plaintiff's reply brief—if necessary—is due seven days after Defendants' response brief. Because the challenged policies are currently in effect and Plaintiff faces irreparable harm if their

enforcement is not enjoined, Plaintiffs respectfully request that the Court exercise its discretion to expedite the briefing schedule so that Defendants' response brief is due within fourteen days of service of the motion papers, and Plaintiff's reply brief is due within three days after Defendants' response brief. Plaintiffs ask that the Court set oral argument as soon as possible after the conclusion of briefing.

Respectfully submitted,

*/s/ Ryan Haynie*

Ryan Haynie, OBA No. 32796
OCPA CENTER FOR LAW &
LIBERTY
1401 N. Lincoln Blvd.
Oklahoma City, OK, 73104
Telephone: (405) 590-6070
Email: ryan@ocpathink.org

## CERTIFICATE OF SERVICE

I certify that on May 21, 2026, I electronically filed the foregoing and accompanying attachments with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification to all counsel of record.

Because Defendants have not yet entered an appearance, I am also serving the foregoing by email and by certified mail, return receipt requested, at the address below:

John Bunting
General Counsel
Oklahoma Council on
Judicial Complaints
1901 N. Lincoln Blvd.
Oklahoma City, OK 73105
John.bunting@cojc.ok.gov

*/s/ Ryan Haynie*