IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

SCOTT LOFTIS,                                      )
                                                   )
        Plaintiff,                                 )
                                                   )
v.                                                 )    Case No. CIV-26-1172-D
                                                   )
RICHARD ROSE, in his official capacity             )
as Chairman of the Oklahoma Council on             )
Judicial Complaints, *et al.*,                     )
                                                   )
        Defendants.                                )

## ORDER

Before the Court is Plaintiff Scott Loftis' Motion for an Expedited Briefing Schedule. [Doc. No. 5]. Plaintiff seeks to expedite Defendant's deadline to respond to his motion for preliminary injunction from 21 days under LCvR7.1(g) to 14 days, and expedite his deadline to file a reply in support of his motion for preliminary injunction from 7 days under LCvR7.1(h) to 3 days. *Id.* Additionally, Plaintiff asserts that oral argument regarding his motion for preliminary injunction would be beneficial to the Court, and requests that the Court set his motion for preliminary injunction for a hearing "as soon as possible after the conclusion of briefing." *Id.*

Upon consideration, Plaintiff's Motion [Doc. No. 5] is **DENIED IN PART AND GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Plaintiff's request for the Court to expedite Defendant's response deadline to Plaintiff's motion for preliminary injunction from 21 days to 14 days is **DENIED**.

1

**IT IS FURTHER ORDERED** that Plaintiff's request that the Court set his motion for preliminary injunction for hearing expeditiously is **GRANTED**. The parties are ordered to meet and confer and propose a hearing schedule for no earlier than the week of July 20, 2026.

**IT IS SO ORDERED** this 28th day of May, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

2