**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

SCOTT LOFTIS,                                                **NOTICE**

vs.                                                          Case Number CIV-26-1172-D

RICHARD ROSE, in his official capacity
as Chairman of the Oklahoma Council on
Judicial Complaints, et al.,

---

Type of Case          __X__ CIVIL                    _____CRIMINAL

---

***TAKE NOTICE***

That a proceeding in this case has been scheduled for the place, date and time set forth below:

---

Place:  U.S. Courthouse                    **DATE AND TIME**
        Courtroom 303
        200 N.W. 4th Street               **AUGUST 5, 2026 AT 1:00 P.M.**
        Oklahoma City, Oklahoma 73102

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

---

TYPE OF PROCEEDING                    **PRELIMINARY INJUNCTION**
                                              **HEARING**

---

TAKE NOTICE: that the proceeding below has been rescheduled as indicated below:

---

Place:  U.S. Courthouse                    **Date and Time Previously Scheduled**
        200 N.W. 4th Street
        Oklahoma City, Oklahoma 73102

---

                                        JUDGE TIMOTHY D. DeGIUSTI

                                        by: /s/ Jane Eagleston
                                              Deputy Clerk